■ STEVEN F. MILLER, JR., Respondent, v CARL LANZISERA, Appellant. (Appeal No. 2.) [710 NYS2d 294] —Order unanimously affirmed with costs. Same Memorandum as in *Miller v Lanzisera* (273 AD2d 866 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Nicholson, J.—Resettlement.) Present—Green, J. P., Hayes, Hurlbutt and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL JAECKLE, Appellant. [710 NYS2d 274] —Judgment unanimously affirmed (*see*, *People v Lococo*, 92 NY2d 825, 827). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Manslaughter, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.